FILED
APR 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT COURT OF COLUMBIA

ANDRE COOPER #56382-066
Coleman Correctional complex
U.S.P. Coleman 2
United States Penitentiary
P.O. Box 1034
Coleman, Florida 33521

Case: 1:07-cv-00744
Assigned To : Collyer, Rosemary M.
Assign. Date : 04/24/2007
Description: COOPER v. EX. OFFICE OF US ATTORNEY, et al.,

Plaintiff,

vs.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY
FREEDOM OF INFORMATION/ PRIVACY ACT STAFF
600 E Street, N.W., Room 7300
Washington, D.C. 20530

ALBERTO GONZALES
ATTORNEY GENERAL OF THE UNITED STATES
DEPARTMENT OF JUSTICE
950 Pennsylvania Ave. , N.W. , Room 5614
Washington, D.C. 20530

Defendants

Petition for F.O.I.A. to release of records of Wire tap Info.
------------------------------------------------------------

JURISDICTION

1. This is an action under the Freedom of Information Act, Title 5 U.S.C., Sec. 552, to order the defendant to produce certain records for inspection and copying, viz., the 60 pages of wire tap information.

2. The Court has jurisdiction over this action pursuat to Title 5 U.S.C., Sec. 552(a)(4); Title 28 U.S.C., Sec. 1361; and the First Fifth Amendments.

PARTIES

3. Plaintiff is Andre Cooper and I need the information for my post-conviction arguments and to file for a new trial.

4. Defendants is Executive Office for United States, an agency of

RECEIVED
APR 06 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the Executive Branch which has custody and control of the requested records; Defendant is Alberto Gonzales Attorney General of the United States; He is sued in his official capacity as custodian of the requested records, and as head of the agency wherein the requested records are located.

## CAUSE OF ACTION

5. By letter dated June 19,2006, a copy of the petitioners replie for wire tap information pertaining to his self, which is marked as Exhibit A, Plaintiff requested record(s).

6. By letter dated August 29,2006, a copy of which is attached hereto as Exhibit B, the Plaintiff's request was denied in full.

7. By letter dated October 10,2006, a copy of the notice that the Executive Office of United States received my administrative appeal , which is marked as Exhibit C.

8. By letterdated December 11,2006, a copy which is attached as Exhibit D, the Plaintiff's administrative appeal.

9. The Plaintiff has exhausted his administrative remedies.

10. Plaintiff is entitled, pursuant to Title 5 U.S.C., Sec.552(a), to inspect and copy the requested records.

   WHEREFORE, Plaintiff prays (1) that the Court order defendants to produce the requested records to him for inspection and copying, (2) that this Court award Plaintiff his costs and disbursements in this action pursuant to Title 5 U.S.C., Sec. 552(A)(4)(e),(3) that this Court grant such other and further relief as the Court shall deem just and proper, and (4) provide for expedition of proceedings on this complaint pursuat to Title 5 U.S.C., Sec. 552(a)(4)(C)(D).

Andre Cooper
Coleman, Florida 33521
April 1, 2007

EXHIBIT A

U.S. Department of Justice
EOUSA/FOIA/PA Unit
BICN BLDG., RM. 7300
600 E STREET, N.W.

Washington, D.C. 20530

Official Business
Penalty for Private Use $300

**LEGAL MAIL-OPEN ONLY
IN PRESENCE OF INMATE**

Andre Cooper
#56382-066
FDC, P.O. Box 562
Philadelphia, PA 19105

**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

Request Number: __06-1717__   Requester __Andre Cooper__

Subject __Self (wiretaps)/PAE__

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request</u>. If we need additional information, we will contact you within two weeks.

    Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

    EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

    By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time</u>! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

    Sincerely,

    William G. Stewart II
    Acting Assistant Director

Form No. 001 -1/06

EXHIBIT B

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

AUG 29 2006

Requester: __Andre Cooper__    Request Number: __06-1717__

Subject of Request: <u>Self (wiretaps)</u>

Dear Requester:

    Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

    To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

    The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [   ] partial release [ x ] full denial.

    Enclosed please find:

__0__ page(s) are being released in full (RIF);
__0__ page(s) are being released in part (RIP);
__60__ page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

    The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

<u>Section 552</u>                                              <u>Section 552a</u>

| | | | | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(4) | [ ] (b)(7)(B) | | [ ] (j)(2) |
| [ ] (b)(2) | [ ] (b)(5) | [ ] (b)(7)(C) | | [ ] (k)(2) |
| [x] (b)(3) | [ ] (b)(6) | [ ] (b)(7)(D) | | [ ] (k)(5) |
| <u>5 USC § 552</u> | [ ] (b)(7)(A) | [ ] (b)(7)(E) | | [ ] _____ |
| _____ | | [ ] (b)(7)(F) | | |

    [   ] In addition, this office is withholding grand jury material which is retained in the District.

(Page 1 of 2)

Form No. 021- no fee - 2/06

[ ]   A review of the material revealed:

[ ]   _____ page(s) originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component(s) listed for review and direct response to you:_____

[ ]   There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

[ ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

_____

[ x ]  See additional information attached.

This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

Sincerely,

William G. Stewart II
Acting Assistant Director

Enclosure(s)

(Page 2 of 2)
Form No. 021 - no fee -2/06

# **ADDENDUM TO THE EXPLANATION OF EXEMPTION SHEET**

X    Rule 6(e) of the Federal Rules of Criminal Procedure pertains to the Federal Grand Jury, its integrity and the secrecy surrounding the Jury.

☐    Under the Freedom of Information Act, an agency has no discretion to release any record covered by an injunction, protective order, or court seal which prohibits disclosure. See GTE Sylvania, Inc. v. Consumers Union, 445 U.S. 375, 386-387 (1980); See also Robert Tyrone Morgan v. U.S. Dept. of Justice, 923 F.2d 195 (D.C. Cir. 1991).

EXHIBIT C

EXHIBIT C

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642        Washington, D.C. 20530

Mr. Andre Cooper
Register No. 56382-066
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

OCT 10 2006

Re: Request No. 06-1717

Dear Mr. Cooper:

This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys was received by this Office on September 22, 2006.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-3197**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

EXHIBIT D

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642　　　　　　　　　　Washington, D.C. 20530

DEC 1 1 2006

Mr. Andre Cooper
Register No. 56382-066
United States Penitentiary　　　　　Re:　Appeal No. 06-3197
Post Office Box 150160　　　　　　　　　　Request No. 06-1717
Atlanta, GA 30315　　　　　　　　　　　　BVE:SRO

Dear Mr. Cooper:

　　You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to certain records pertaining to yourself that relate to wiretaps and other electronic surveillance.

　　I note that in your initial request you requested all records pertaining to yourself. Please be advised that EOUSA treated your recent, prior Request Number 06-2679 as a request for all records pertaining to yourself. While EOUSA initially denied Request Number 06-2679, this Office has remanded that request to EOUSA for further processing in a letter to you dated November 17, 2006. EOUSA will now process those records for release to you. EOUSA interpreted this request letter (Request No. 06-1717) as a request only for wiretap and surveillance information pertaining to yourself.

　　After carefully considering your appeal, I am affirming, on modified grounds, EOUSA's action on your request. I have determined that the sixty pages of records originally withheld by EOUSA are not, in fact, responsive to your request. These records are transcripts of consensual interviews by investigators of various third parties in your criminal case. EOUSA located no actual wiretap or surveillance records responsive to your request.

　　If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

07-0744
RMC

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Andre Cooper

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (P)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#56382-066

## DEFENDANTS
Executive Office for US Attorney, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-00744
Assigned To : Collyer, Rosemary M.
Assign. Date : 04/24/2007
Description: COOPER v. EX. OFFICE OF US ATTORNEY, et al.,

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 FOIA

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** 0   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☒ YES ☐ NO   If yes, please complete related case form.

DATE _____   SIGNATURE OF ATTORNEY OF RECORD   NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd