**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

APR 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE COOPER,                           )
                                        )
              Plaintiff,                )
                                        )          Case: 1:07-cv-00744
                                        )          Assigned To : Collyer, Rosemary M.
         v.                             )          Assign. Date : 04/24/2007
                                        )          Description: COOPER v. EX. OFFICE OF US ATTORNEY, et al.,
                                        )
EXECUTIVE OFFICE FOR UNITED             )
STATES ATTORNEYS, *et al.*,             )
                                        )
              Defendants.               )

## ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to

28 U.S.C. § 1915(a).  Upon review of the financial information, the Court finds that Plaintiff is

required to pay the statutory filing fee of $ 350.00 for this action in accordance with the

provisions of 28 U.S.C. § 1915(b).

Accordingly, it is hereby

**ORDERED**, that:

1.      Plaintiff is obligated to pay an initial partial filing fee of $___18.33___ to the Clerk of

the United States District Court for the District of Columbia.

2.      Plaintiff is obligated to the United States District Court for the District of

Columbia for twenty percent of the preceding month's income credited to his prison account as

continued partial payments on the remaining balance of the $ 350.00 filing fee.

3.      The authorized institution officer shall deduct from Plaintiff's prison account the

initial payment described above.  The remaining payments described above shall be deducted

and paid to the Clerk of the United States District Court for the District of Columbia each time

4

the amount in the account exceeds $10 until the filing fee is paid.

4.     A copy of this Order shall be furnished to Plaintiff's place of incarceration.

5.     Plaintiff's application to proceed *in forma pauperis* is GRANTED, except to the

extent that Plaintiff is required to make the payments set forth above.

SO ORDERED.

_____
United States District Judge

DATE: 4/16/07