**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Alberto Gonzales, Atty. General of U.S.
Dept. of Justice
950 Pennsylvania Ave., NW, Rm. 5624
Washington, DC 20530

Civil Action, File Number __07-0744 RMC__

__Andre Cooper__

V.

__BOUSA, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[Domestic Return Receipt (PS Form 3811) affixed, showing:
- Article Addressed to: Alberto Gonzales, Atty. Gen'l. of U.S., 950 Penna. Ave., NW, Washington, DC
- Signature (illegible), dated APR 30 2007
- Service Type: Certified Mail, Registered
- Article Number: 7004 1160 0004 4136 8014]

...you are served on behalf of a corporation, ...signature your relationship to that entity. If ...dicate under your signature your authority. ...days, you (or the party on whose behalf you ...laint in any other manner permitted by law.

...ehalf you are being served) must answer the ...by default will be taken against you for the

...of Summons and Complaint By Mail was

...MS Official)

...COMPLAINT

...omplaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

**RECEIVED**
Signature
MAY 4 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
Relationship to Entity/Authority to Receive
Service of Process

_____
Date of Signature