### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDRE COOPER,<br># 56382-066<br>Coleman Correctional Complex<br>U.S.P. Coleman 2<br>United States Penitentiary<br>P.O. Box 1034<br>Coleman, FL 33521,<br><br>    Plaintiff,<br><br>  v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES<br>ATTORNEY FREEDOM OF INFORMATION/<br>PRIVACY ACT STAFF,<br>600 E Street, N.W., Room 7300<br>Washington, D.C. 20530,<br><br>ALBERTO GONZALES,<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W., Room 5614<br>Washington, D.C. 20530,<br><br>    Defendants. | Civil Action No. 07-0744 (RMC) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for Defendants, in the above-captioned case.

Respectfully submitted,


s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Appearance was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Andre Cooper
>R56382-066
>Coleman II
>U.S. Penitentiary
>Inmate Mail/Parcels
>P.O. Box 1034
>Coleman, FL 33521

on this 23rd of May, 2007.

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)