UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COOPER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0744 (RMC) |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY FREEDOM OF INFORMATION/ PRIVACY ACT STAFF, | ) |
| ALBERTO GONZALES, | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, Executive Office for United States Attorney Freedom of Information/Privacy Act Staff and Alberto Gonzalez, United States Attorney General, by and through undersigned counsel, respectfully move this Court to enlarge the time to answer or otherwise respond to the Complaint.

Defendants request that the deadline for responding to the Complaint be extended by thirty days, from May 29, 2007 to June 28, 2007.  This is Defendants' first request for an enlargement of time in this case, and no scheduling order has been entered.  The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

This enlargement of time is sought for three reasons.  First, the undersigned Counsel for Defendants, Jonathan C. Brumer, just began a detail at the United States Attorney's Office on May 7, 2007, and this case was assigned to him on or about May 22, 2007.  Mr. Brumer will

need some time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to Plaintiff's Complaint. Mr. Brumer anticipates that he may want to file a dispositive motion in response to Plaintiff's Complaint, which will require additional time for preparation. Second, counsel for Defendants will be out of the office on scheduled leave on May 24, May 25, and May 29, and has several imminent deadlines in his other cases, including Answers and/or dispositive motions in, among other cases, Bonaparte v. DOJ, Civil Action No. 07-0749 (D.D.C.), Forrester v. Parole Commission, Civil Action No. 07-0728 (D.D.C.), Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.), Melvyn Johnson v. Fenty, 07-0935 (RMC), Delgado v. ATF, Civil Action No. 07-0256 (D.D.C.), and a Reply in Kotz v. Lappin, *et. al.*, Civil Action No. 07-0856 (D.D.C.). Third, the Counsel for Defendants is currently waiting for agency counsel to send him information and documents which are required before he can formulate an appropriate response to Plaintiff's Complaint. Consequently, Defendants request the additional time in order to further confer and better address the relevant issues in this case.

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendants respectfully request that the time for answering or otherwise responding to Plaintiff's Complaint be extended to June 28, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Andre Cooper
>R56382-066
>Coleman II
>U.S. Penitentiary
>Inmate Mail/Parcels
>P.O. Box 1034
>Coleman, FL 33521

on this 23rd of May, 2007.

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COOPER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0744 (RMC) |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY FREEDOM OF INFORMATION/ PRIVACY ACT STAFF, | ) |
| ALBERTO GONZALES, | ) |
| Defendants. | ) |

## **ORDER**

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendants shall have until June 28, 2007, to respond to the Complaint.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Andre Cooper
R56382-066
Coleman II
U.S. Penitentiary
Inmate Parcels
P.O. Box 1034
Coleman, FL 33521


Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530