Andre Cooper
Coleman Correctional Complex
U.S.P. Coleman 2
P.O. Box 1034
Coleman, FL 33521

*Let this be filed.
Rosemary M Collyer
5/30/07*

5/23/07

Re: Civil Action  07-cv-00744

Dear Judge Rosemary M. Collyer,

I'm requesting that you dismiss the above civil action. With the opportunity to refile the civil action at a later time.

For the following reasons. The Plaintiff is in prison with a courtfine of well over $8,000 dollars from previous criminal case. The Plaintiff has no income to pay the $350.00 filing fee. Although the Court granted the Plaintiff the opportunity to file informa pauperis. The Plaintiff, still cannot afford the $18.33 dollars for the partial fee ordered by the Court.

The Plaintiff is requesting the opportunity to refile the Civil action. When the Plaintiff is able to pay the $350.00 filing fee.

Thankyou for your time and Consideration

Sincerely
Andre Cooper
Andre Cooper

cc: Andre Cooper