UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDRE COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0744 (RMC) |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY FREEDOM OF INFORMATION/ PRIVACY ACT STAFF, | ) ) ) | |
| | ) | |
| ALBERTO GONZALES, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE
OF VOLUNTARY DISMISSAL**

Defendants, Executive Office for United States Attorney Freedom of Information/Privacy Act Staff, and Alberto Gonzalez, United States Attorney General, respectfully file this Response to Plaintiff's Notice of Voluntary Dismissal. For the reasons set forth below, the Defendants agree with Plaintiff that the dismissal of this action is appropriate:

1. On April 24, 2007, this Court issued an order granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis, but requiring that Plaintiff pay an initial partial filing fee of $18.33 to the Clerk of the United States District Court for the District of Columbia. See Docket No. 4. The Court also indicated in its order that Plaintiff was obligated to submit twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $350.00 filing fee. Id.

2. On or about May 30, 2007, *pro se* Plaintiff, Andre Cooper, submitted a letter to the Court, which the Court deemed a Notice of Voluntary Dismissal. See Docket No. 10. In his

letter, Mr. Cooper stated that he was "requesting that [the Court] dismiss the above civil action." Id. Mr. Cooper explained that he "has no income to pay the $350.00 filing fee," and "still cannot afford the $18.33 dollars for the partial fee ordered by the Court." Id. Plaintiff further indicated that he was "requesting the opportunity to refile the Civil action" when he is "able to pay the $350.00 filing fee." Id.

    3. On May 30, 2007 however, the Court ordered that Defendants file an Answer to Plaintiff's Complaint by June 28, 2007.

    4. Defendants have not yet filed an Answer or other Response to Plaintiff's Complaint. Pursuant to Fed. R. Civ. P. 41(a)(1)(i), an action may be dismissed without order of Court whenever a Plaintiff files a Notice of Dismissal at any time before service by an adverse party of an answer or a motion for summary judgment. Plaintiff has informed the Court that he is not presently in a position to comply with this Court's April 24, 2007 order and wishes for this action to be dismissed, as he is currently not in a financial position to pay the filing fees this Court has ordered. Under these circumstances, consistent with Fed. R. Civ. P. 41(a)(1)(i) and 41(a)(1)(ii), Defendants respectfully submit that the Court should exercise its discretion and dismiss this action without prejudice.

    WHEREFORE, based on the foregoing, the Defendants respectfully submit that this action should be dismissed without prejudice.

        Respectfully submitted,


        \_\_/s/_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        \_\_/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney


        \_\_/s/_____
        JONATHAN C. BRUMER, D.C. BAR # 463328
        Special Assistant United States Attorney
        555 Fourth Street, N.W., Room E4815
        Washington, D.C. 20530
        (202) 514-7431
        (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Foregoing Response to Plaintiff's Notice of Voluntary Dismissal was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Andre Cooper
>R56382-066
>Coleman II
>U.S. Penitentiary
>Inmate Mail/Parcels
>P.O. Box 1034
>Coleman, FL 33521

on this 5th day of June, 2007.

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDRE COOPER, | ) |
| Plaintiff, | ) ) ) |
| v. | )    Civil Action No. 07-0744 (RMC) |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY FREEDOM OF INFORMATION/ PRIVACY ACT STAFF, | ) ) ) ) |
| ALBERTO GONZALES, | ) ) |
| Defendants. | ) ) |

**ORDER**

    Upon consideration of Plaintiff's Notice of Voluntary Dismissal, the Defendants' Response thereto, and the entire record herein, it is this ____ day of _____, 2007,

    ORDERED that this action is dismissed.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Andre Cooper
R56382-066
Coleman II
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1034
Coleman, FL 33521

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530