UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDRE COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-744 (RMC) |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On consideration of Plaintiff's Notice of Voluntary Dismissal and Defendant's response thereto, it is hereby

**ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: June 7, 2007