*Let this be filed R.M.C. 9/17/07*

8/13/07

Andre Cooper
Coleman Correctional Complex
U.S.P. Coleman 2
United States Penitentiary
P.O. Box 1034
Coleman, Florida 33521

Re: Civil Action No. 07-0744 (RMC)

Dear Judge Rosemary M. Collyer,

I wrote a letter to you asking to voluntary dismissal of the civil action no. 07-0744 back in June, 2007.

As soon as you dismissed the civil action No. 07-0744. I sent a amended petition of the civil action No. 07-0744 in July, 2007, explaining the reasons for writing the voluntary dismissal letter.

Enclosed is (1) copy of the amended petition that I already served upon you in July, 2007.

I wanted to know the status on this petition.

Thank you for your time and consideration.

Sincerely,
Andre Cooper
*Andre Cooper*
8/13/07

cc: AC

UNITED STATES DISTRICT COURT
DISTRICT COURT OF COLUMBIA

ANDRE COOPER
Coleman Correctional Complex
U.S.P. Coleman 2
United States Penitentary
P.O. Box 1034
Coleman, Florida 33521

   Plaintiff,   :  Civil Action No. 07-744(RMC)

 vs.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY
FREEDOM OF INFORMATION/ PRIVACY ACT STAFF
600 E Street, N.W., Room 7300
Washington, D.C. 20530

ALBERTO GONZALES
ATTORNEY GENERAL OF THE UNITED STATES
DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W., Room 5614
Washington,D.C. 20530

   Defendants

Amended Petition for F.O.I.A. to release of records of Wire Tap Info. and any other oral communications pertaining to the Petitioner

---

Brief Summary

1. This is a amended petition, the Plaintiff is a layman at law. And the Petitioner believed that, it was required to withdraw of the original Petition in order to amend the petition.

2. I would pray that this Honorable Court except this amended petition under the same civil action number for re-submission.

3. The Petitioner still does not have the available funds to proceed. But the Petitioner believes that this Honorable Court is the only avenue the Petitioner has to obtain this very important and vital information.

JURISDICTION

1. This is an action under the Freedom of Information Act, Title 5 U.S.C.,

to order the defendant to produce certain records for inspection and copying, viz., the 60 pages of wire tap information and any other oral communications pertaining to the Petitioner.

2. The Court has jurisdiction over this action pursuat to Title 5 U.S.C., Sec. 552(a)(4); Title 28 U.S.C., Sec. 1361; and the First and Fifth Amendments.

## PARTIES

3. Plaintiff is Andre Cooper in need of the information of the wire taps and any other oral communications, to file for a new trial and post-conviction arguments.

4. Defendants is Executive Office for United States, an agency of the Executive Branch which has custody and control of the requested records Defendant is Alberto Gonzales Attorney General of the United States; He is sued in his official capacity as custodian of the requested records, and as head of the agency wherein the requested records are located.

## CAUSE OF ACTION

5. By letter dated June 19, 2006, a copy of the petitioners replie for wire tap information pertaining to his self, which is marked as Exhibit A, Plaintiff requested record(s).

6. By letter dated August 29, 2006, a copy of which is atttached here to as Exhibit B, the Plaintiff's request was denied in full.

7. By letter dated October 10, 2006, a copy of the notice that the Executive Office of United States received my administrative appeal, which is marked as Exhibit C.

8. By letter dated December 11, 2006, a copy which is attached as Exhibit D, the Plaintiff's adminstrative appeal.

9. The Plaintiff has exhausted his adminstrative remedies.

10. Plaintiff is entitled, pursuat to Title 5 U.S.C., Sec.552(a), to inspect and copy the requested records.

   WHEREFORE, Plaintiff prays (1) that the Court order defendants to produce the requested records to him for inspection and copying, (2) that this Court Court award Plaintiff his costs and disbursements in this action pursuat to Title 5 U.S.C., Sec. 552(A)(4)(e),(3) that this Court grant such other and further relief as the Court shall deem just and proper, and (4) provide for expedition of proceedings on this complaint pursuat to Title 5 U.S.C., Sec.552(a)(4)(C)(D).

EXHIBIT A

SOUTHERN MD 207

15 JUN 2007 PM 2 L

Andre Cooper
#56382-066
FDC, P.O. Box 562
Philadelphia, PA 19105



U.S. Department of Justice
EOUSA/FOIA/PA Unit
BICN BLDG., RM. 7300
600 E STREET, N.W.
Washington, D.C 20530

Official Business
Penalty for Private Use $300

LEGAL MAIL-OPEN ONLY
IN PRESENCE OF INMATE

1910540562



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: __06-1717__   Requester __Andre Cooper__

Subject __Self (wiretaps)/PAE__

      The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request</u>. If we need additional information, we will contact you within two weeks.

      Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

      EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

      By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time</u>! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

      Sincerely,

*William G. Stewart*

William G. Stewart II
Acting Assistant Director

Form No. 001 -1/06

EXHIBIT B



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

AUG 29 2006

Requester: __Andre Cooper__   Request Number: __06-1717__

Subject of Request: __Self (wiretaps)__

Dear Requester:

   Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

   To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

   The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ ] partial release [ x ] full denial.

   Enclosed please find:

__0__ page(s) are being released in full (RIF);
__0__ page(s) are being released in part (RIP);
__60__ page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

   The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

   Section 552                                         Section 552a

| | | | | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(4) | [ ] (b)(7)(B) | | [ ] (j)(2) |
| [ ] (b)(2) | [ ] (b)(5) | [ ] (b)(7)(C) | | [ ] (k)(2) |
| [ x ] (b)(3) | [ ] (b)(6) | [ ] (b)(7)(D) | | [ ] (k)(5) |
| __5 USC § 552__ | [ ] (b)(7)(A) | [ ] (b)(7)(E) | | [ ] _____ |
| | | [ ] (b)(7)(F) | | |

   [ ] In addition, this office is withholding grand jury material which is retained in the District.

(Page 1 of 2)

Form No. 021- no fee - 2/06

[ ]   A review of the material revealed:

   [ ]   _____ page(s) originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component(s) listed for review and direct response to you:_____

   [ ]   There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

   [ ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

   _____

   [ x ]   See additional information attached.

This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001**. Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

                                        Sincerely,

                                        William G. Stewart II
                                        Acting Assistant Director

Enclosure(s)

# ADDENDUM TO THE EXPLANATION OF EXEMPTION SHEET

**X**   Rule 6(e) of the Federal Rules of Criminal Procedure pertains to the Federal Grand Jury, its integrity and the secrecy surrounding the Jury.

☐   Under the Freedom of Information Act, an agency has no discretion to release any record covered by an injunction, protective order, or court seal which prohibits disclosure. See <u>GTE Sylvania, Inc.</u> v. <u>Consumers Union</u>, 445 U.S. 375, 386-387 (1980); See also <u>Robert Tyrone Morgan</u> v. <u>U.S. Dept. of Justice</u>, 923 F.2d 195 (D.C. Cir. 1991).

EXHIBIT C



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                                        Washington, D.C. 20530

Mr. Andre Cooper
Register No. 56382-066
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Re: Request No. 06-1717

Dear Mr. Cooper:

    This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys was received by this Office on September 22, 2006.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-3197**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

EXHIBIT D



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642   Washington, D.C. 20530

DEC 1 1 2006

Mr. Andre Cooper
Register No. 56382-066
United States Penitentiary   Re:   Appeal No. 06-3197
Post Office Box 150160         Request No. 06-1717
Atlanta, GA  30315              BVE:SRO

Dear Mr. Cooper:

    You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to certain records pertaining to yourself that relate to wiretaps and other electronic surveillance.

    I note that in your initial request you requested all records pertaining to yourself. Please be advised that EOUSA treated your recent, prior Request Number 06-2679 as a request for all records pertaining to yourself. While EOUSA initially denied Request Number 06-2679, this Office has remanded that request to EOUSA for further processing in a letter to you dated November 17, 2006. EOUSA will now process those records for release to you. EOUSA interpreted this request letter (Request No. 06-1717) as a request only for wiretap and surveillance information pertaining to yourself.

    After carefully considering your appeal, I am affirming, on modified grounds, EOUSA's action on your request. I have determined that the sixty pages of records originally withheld by EOUSA are not, in fact, responsive to your request. These records are transcripts of consensual interviews by investigators of various third parties in your criminal case. EOUSA located no actual wiretap or surveillance records responsive to your request.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director