UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDRE COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0744 (RMC) |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is hereby

ORDERED that plaintiff's unopposed motion to reopen case [Dkt. #13] is GRANTED. This civil action is reopened. It is further

ORDERED that the June 7, 2007 Order dismissing this case [Dkt. #12] is VACATED. It is further

ORDERED that defendants shall file an Answer or other response to plaintiff's Amended Complaint [Dkt. #14] not later than **November 1, 2007**.

SO ORDERED.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

Date: 24 Sept 2007

1