UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDRE COOPER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )   Civil Action No. 07-0744 (RMC) |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY FREEDOM OF INFORMATION/ PRIVACY ACT STAFF, | ) ) ) ) |
| PETER D. KEISLER[1], | ) ) |
| Defendants. | ) ) |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, Executive Office for United States Attorney Freedom of Information/Privacy Act Staff ("EOUSA") and Peter D. Keisler, Acting Attorney General, by and through undersigned counsel, respectfully move this Court to enlarge their time to Answer or otherwise respond to the Amended Complaint.

Defendants request that the deadline for responding to the Amended Complaint be extended by thirty two days, from November 1, 2007 to December 3, 2007. This is Defendants' first request for an enlargement of time on their deadline for responding to Plaintiff's Amended Complaint. The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

In support of Defendants' Motion, Defendants respectfully state as follows:

---

[1] On or about August 24, 2007, the former Attorney General, Alberto Gonzales, resigned from his position. On September 17, 2007, President Bush named Peter D. Keisler the Acting Attorney General. Accordingly, by operation of Fed. R. Civ. P. 25(d), Peter D. Keisler, the Acting Attorney General, is substituted for Alberto Gonzales.

1. On or about May 30, 2007, Plaintiff filed a Notice of Voluntary Dismissal in this action. See Docket Entry No. 10. On June 5, 2007, Defendants filed a Response to Plaintiff's Notice of Voluntary Dismissal. See Docket Entry No. 11. On June 7, 2007, this Court dismissed this action without prejudice. See Docket Entry No. 12.

2. On or about July 12, 2007, Plaintiff filed a document which this Court deemed to be a Motion to Reopen this case. See Docket Entry No. 13. On or about September 17, 2007, Plaintiff filed an Amended Complaint against Defendants. See Docket Entry No. 14. This action concerns Defendants' response to Freedom of Information Act ("FOIA") requests which Plaintiff submitted to the agency defendants.

3. On September 24, 2007, this Court issued an order granting Plaintiff's Motion to Reopen this case, and instructing Defendants to file a response to Plaintiff's Amended Complaint by November 1, 2007. See Docket Entry No. 15 and Minute Order dated September 24, 2007.

4. The undersigned counsel intends to file a dispositive motion in response to Plaintiff's Amended Complaint. Despite his best efforts, he will not be able to complete an adequate response to Plaintiff's Amended Complaint by November 1, 2007.

5. The undersigned counsel for Defendants intends to file two declarations, relevant correspondence, and other documents as exhibits to the dispositive Motion which he anticipates that he will file in response to Plaintiff's Amended Complaint. The two declarations which the undersigned counsel expects to file with his Motion will be signed by an employee of EOUSA and by an employee of the United States Attorneys Office in the Eastern District of Pennsylvania ("USAO/EDPA").

6. Not until yesterday (October 31, 2007) did the undersigned counsel receive copies of

all of the documents which are relevant to this matter from his contacts at the EOUSA and USAO/EDPA. Not until yesterday did the undersigned counsel receive signed finalized copies of the two declarations which he plans to file with the dispositive motion which he intends to file in response to Plaintiff's Amended Complaint.

7. The agency counsel for the EOUSA who is assigned to this matter has advised the undersigned that his office recently underwent an extensive renovation that impacted agency counsel's ability to expediently address this matter. In connection with this renovation, all of EOUSA's FOIA office files apparently had to be packed up and moved to a storage facility, and its computers were packed up and removed from the office along with the furniture. The boxes containing the FOIA request files at issue in this case were apparently delivered back to the office out of sequence, with the result that it took agency counsel longer than he had earlier anticipated that it would to locate relevant files.

8. The undersigned counsel will need some time to familiarize himself with the procedural history of this case, the relevant legal authorities, and the documents recently uncovered by the agency counsel assigned to this matter. He will need to confer with agency counsel about the circumstances of this case, and prepare an appropriate response to Plaintiff's Amended Complaint.

9. Since September 24, 2007, when the Court issued an order granting Plaintiff's Motion to Reopen this Case, the undersigned counsel has contended with numerous filing deadlines in his other cases. In addition, during this period, the undersigned counsel has participated in depositions and contended with numerous discovery related deadlines in connection with two of his other cases: <u>Von Muhlenbrock v. Billington</u>, Civil Action No. 05-1921 (D.D.C.) ("<u>Von</u>

Muhlenbrock") and <u>Delgado v. Gonzales</u>, Civil Action No. 07-0256 (D.D.C.) ("<u>Delgado</u>").

10. Within the next thirty two (32) days, the undersigned counsel for Defendant will have numerous briefing deadlines in his other cases, including: (1) an Answer or Other Response to the Complaint in <u>Estate of Gerald Grossman v. Gutierrez</u>, 07-353 (D.D.C.) (currently due by November 2, 2007); (2) a Response to the Amended Complaint in <u>Murthy v. Conner</u>, Civil Action No. 06-2208 (D.D.C.) (due by November 5, 2007); and (3) an Answer or Other Response to the Complaint in <u>Keller v. Springer</u>, Civil Action No. 07-1388 (D.D.C.) (due by November 19, 2007). During this period, the undersigned counsel will also need to contend with discovery related deadlines in connection with his <u>Von Muhlenbrock</u> and <u>Delgado</u> cases. He will also be one of two attorneys responsible for representing the Defendant at a damages trial which is currently scheduled to begin on December 10, 2007 in <u>Dugar, et. al. v. Washington Metropolitan Area Transit Authority, et. al.</u>, 05-1500 (D.D.C.).

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for answering or otherwise responding to Plaintiff's Amended Complaint be extended to December 3, 2007.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st day of November, the foregoing *Motion for Enlargement of Time* was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Andre Cooper
>R56382-066
>Coleman II
>U.S. Penitentiary
>Inmate Mail/Parcels
>P.O. Box 1034
>Coleman, FL 33521

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE FOR UNITED STATES )<br>ATTORNEY FREEDOM OF INFORMATION/ )<br>PRIVACY ACT STAFF, )<br>)<br>PETER D. KEISLER, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0744 (RMC) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the Amended Complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until December 3, 2007, to respond to the Amended Complaint.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Andre Cooper
R56382-066
Coleman II
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1034
Coleman, FL 33521

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530