UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0744 (RMC) |
| | ) |
| EXECUTIVE OFFICE FOR UNITED STATES | ) |
| ATTORNEY FREEDOM OF INFORMATION/ | ) |
| PRIVACY ACT STAFF, | ) |
| | ) |
| MICHAEL B. MUKASEY[1], | ) |
| Attorney General of the United States, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME OF THE DEADLINE
FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S "MOTION ASKING FOR
LEAVE TO FILE A[] MEMORANDUM OF LAW
IN SUPPORT OF PLAINTIFF'S AMENDED PETITION"**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, Executive Office for United States Attorney Freedom of Information/Privacy Act Staff ("EOUSA") and Michael B. Mukasey, Attorney General of the United States, by and through undersigned counsel, respectfully move this Court to enlarge their time to respond to "Plaintiff's Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition."

Defendants request that their deadline for responding to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" be extended

---

[1] On or about August 24, 2007, the former Attorney General, Alberto Gonzales, resigned from his position. On September 17, 2007, President Bush nominated Michael B. Mukasey to be Attorney General of the United States. Judge Mukasey was confirmed by the United States Senate on or about November 8, 2007, and entered duty on or about November 9, 2007. Accordingly, by operation of Fed. R. Civ. P. 25(d), Michael B. Mukasey, the new Attorney General, is substituted for Alberto Gonzales.

by four days, from November 29, 2007 to December 3, 2007, the same date that Defendants' response to Plaintiff's Amended Complaint is currently due. This is Defendants' first request for an enlargement of time on their deadline for responding to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition." The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

In support of Defendants' Motion, Defendants respectfully state as follows:

1. On or about May 30, 2007, Plaintiff filed a Notice of Voluntary Dismissal in this action. See Docket Entry No. 10. On June 5, 2007, Defendants filed a Response to Plaintiff's Notice of Voluntary Dismissal. See Docket Entry No. 11. On June 7, 2007, this Court dismissed this action without prejudice. See Docket Entry No. 12.

2. On or about July 12, 2007, Plaintiff filed a document which this Court deemed to be a Motion to Reopen this case. See Docket Entry No. 13. On or about September 17, 2007, Plaintiff filed an Amended Complaint against Defendants. See Docket Entry No. 14. This action concerns Defendants' response to Freedom of Information Act ("FOIA") requests which Plaintiff submitted to the agency defendants.

3. On September 24, 2007, this Court issued an order granting Plaintiff's Motion to Reopen this case, and instructing Defendants to file a response to Plaintiff's Amended Complaint by November 1, 2007. See Docket Entry No. 15 and Minute Order dated September 24, 2007.

4. On November 1, 2007, Defendants filed a Motion for Enlargement of Time, in which they respectfully requested that their deadline for responding to Plaintiff's Amended Complaint be extended by thirty two days, from November 1, 2007 to December 3, 2007. See Docket Entry

No. 16. On November 2, 2007, the Court issued a Minute Order in which it granted Defendants' Motion for Enlargement, and instructed Defendants to file their Answer or Other Response to the Amended Complaint by December 3, 2007. See Minute Order dated November 2, 2007.

    5. On November 19, 2007, Plaintiff filed a "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition." See Docket Entry No. 17. The certificate of service which originally accompanied this pleading before the filing was edited and reloaded by the Court, but which no longer appears on the docket sheet, indicated that Plaintiff served it upon the undersigned counsel on November 15, 2007. Consequently, any Opposition to that Motion which Defendants may wish to file is currently due by November 29, 2007. See LCvR 7(b); Fed. R. Civ. P. 6(a), 6(e).

    6. The undersigned counsel intends to file a dispositive motion in response to Plaintiff's Amended Complaint by the December 3, 2007 deadline which this Court set in its order of November 2, 2007. In the interest of efficiency for the Court and parties alike, the undersigned counsel would like to address the arguments and representations made in Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" in the dispositive motion which he plans to file on December 3, 2007, rather than filing a separate pleading which does so. Accordingly, the undersigned respectfully requests that Defendants' deadline for filing an Opposition to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" be extended to December 3, 2007.

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants both some additional time to formulate their response to Plaintiff's "Motion Asking

for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" and to consolidate this response with their response to the Amended Complaint in one pleading will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" be extended to December 3, 2007.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 27st day of November, the foregoing *Motion for Enlargement of Time of the Deadline for Defendants' Opposition to Plaintiff's "Motion Asking for Leave to File a*[] *Memorandum of Law in Support of Plaintiff's Amended Petition*" was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Andre Cooper
>R56382-066
>Coleman II
>U.S. Penitentiary
>Inmate Mail/Parcels
>P.O. Box 1034
>Coleman, FL 33521

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COOPER,<br><br>  Plaintiff,<br><br>  v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY FREEDOM OF INFORMATION/ PRIVACY ACT STAFF,<br><br>MICHAEL B. MUKASEY,<br>Attorney General of the United States,<br><br>  Defendants. | Civil Action No. 07-0744 (RMC) |

### ORDER

UPON CONSIDERATION of Defendants' *Motion for Enlargement of Time of the Deadline for Defendant's Opposition to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition*," and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendants shall have until December 3, 2007, to respond to Plaintiff's *"Motion Asking for Leave to File a*[] *Memorandum of Law in Support of Plaintiff's Amended Petition*."

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Andre Cooper
R56382-066
Coleman II
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1034
Coleman, FL 33521

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530