UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDRE COOPER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0744 (RMC) |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY FREEDOM OF INFORMATION/ PRIVACY ACT STAFF, | ) |
| MICHAEL B. MUKASEY[1], Attorney General of the United States, | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME OF BOTH THE DEADLINE
FOR DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINT, AND
THE DEADLINE FOR DEFENDANTS' OPPOSITION
TO PLAINTIFF'S "MOTION ASKING FOR LEAVE
TO FILE A[] MEMORANDUM OF LAW
IN SUPPORT OF PLAINTIFF'S AMENDED PETITION"**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, Executive Office for United States Attorney Freedom of Information/Privacy Act Staff ("EOUSA") and Michael B. Mukasey, Attorney General of the United States, by and through undersigned counsel, respectfully move this Court to enlarge their time to respond to the Amended Complaint and to respond to "Plaintiff's Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition." Defendants request that their deadline for responding to both the Amended

---

[1] On or about August 24, 2007, the former Attorney General, Alberto Gonzales, resigned from his position. On September 17, 2007, President Bush nominated Michael B. Mukasey to be Attorney General of the United States. Judge Mukasey was confirmed by the United States Senate on or about November 8, 2007, and entered duty on or about November 9, 2007. Accordingly, by operation of Fed. R. Civ. P. 25(d), Michael B. Mukasey, the new Attorney General, is substituted for Alberto Gonzales.

Complaint and to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" be extended by seven days, from December 3, 2007 to December 10, 2007.  This is Defendants' second request for an enlargement of time on their deadline for responding to Plaintiff's Amended Complaint, and this is also Defendants' second request for an enlargement of time on their deadline for responding to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition."  The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

In support of Defendants' Motion, Defendants respectfully state as follows:

1. Defendants' current deadline for responding to Plaintiff's Amended Complaint is currently December 3, 2007.  See Minute Order dated November 2, 2007.  Defendants' current deadline for responding to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" is also currently December 3, 2007.  See Minute Order dated November 27, 2007.

2. The undersigned counsel worked on a dispositive motion for this case over this past weekend.  By this afternoon, he had completed a 34 page Motion to Dismiss, or in the Alternative for Summary Judgment, and Opposition to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition."  During internal review within his office however this evening, it became clear that additional factual investigation and consultation with agency counsel would be required before the undersigned counsel could file the brief he had drafted.

3. Defendant regrets that this Motion is being filed on the day that Defendant's filing is

due. He had intended to file the brief he had spent a good portion of this past weekend preparing tonight. It only became apparent this evening however that additional factual investigation would be required before the brief he had prepared could be filed.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants both some additional time to investigate the matters at issue in this action will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to both Plaintiff's Amended Complaint and Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" be extended to December 10, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3rd day of December, the foregoing *Motion for Enlargement of Time of Both the Deadline for Defendants' Response to the Amended Complaint, and the Deadline for Defendants' Opposition to Plaintiff's "Motion Asking for Leave to File A[] Memorandum of Law In Support of Plaintiff's Amended Petition,"* was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Andre Cooper
>R56382-066
>Coleman II
>U.S. Penitentiary
>Inmate Mail/Parcels
>P.O. Box 1034
>Coleman, FL 33521

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDRE COOPER,<br><br>      Plaintiff,<br><br>      v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES<br>ATTORNEY FREEDOM OF INFORMATION/<br>PRIVACY ACT STAFF,<br><br>MICHAEL B. MUKASEY,<br>Attorney General of the United States,<br><br>      Defendants. | Civil Action No. 07-0744 (RMC) |

**ORDER**

UPON CONSIDERATION of Defendants' *Motion for Enlargement of Time of Both the Deadline for Defendants' Response to the Amended Complaint, and the Deadline for Defendants' Opposition to Plaintiff's "Motion Asking for Leave to File A[] Memorandum of Law In Support of Plaintiff's Amended Petition,"* and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendants shall have until December 10, 2007, to respond to *both* Plaintiff's Amended Complaint and Plaintiff's *"Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition."*

                                                _____
                                                ROSEMARY M. COLLYER
                                                United States District Court Judge

Copies of this order to:

Andre Cooper
R56382-066
Coleman II
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1034
Coleman, FL 33521

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530