UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDRE COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0744 (RMC) |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY FREEDOM OF INFORMATION/ PRIVACY ACT STAFF, | ) ) ) | |
| | ) | |
| MICHAEL B. MUKASEY[1], Attorney General of the United States, | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME OF BOTH THE DEADLINE
FOR DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINT, AND
THE DEADLINE FOR DEFENDANTS' OPPOSITION
TO PLAINTIFF'S "MOTION ASKING FOR LEAVE
TO FILE A[] MEMORANDUM OF LAW
IN SUPPORT OF PLAINTIFF'S AMENDED PETITION"**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, Executive Office for United States Attorney Freedom of Information/Privacy Act Staff ("EOUSA") and Michael B. Mukasey, Attorney General of the United States, by and through undersigned counsel, respectfully move this Court to enlarge their time to both respond to the Amended Complaint, and to respond to "Plaintiff's Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition." Defendants request that their deadline for responding to both the Amended

---

[1] On or about August 24, 2007, the former Attorney General, Alberto Gonzales, resigned from his position. On September 17, 2007, President Bush nominated Michael B. Mukasey to be Attorney General of the United States. Judge Mukasey was confirmed by the United States Senate on or about November 8, 2007, and entered duty on or about November 9, 2007. Accordingly, by operation of Fed. R. Civ. P. 25(d), Michael B. Mukasey, the new Attorney General, is substituted for Alberto Gonzales.

Complaint and to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" be extended by sixteen days, from December 10, 2007 to December 26, 2007. This is Defendants' third request for an enlargement of time on their deadline for responding to Plaintiff's Amended Complaint, and this is also Defendants' third request for an enlargement of time on their deadline for responding to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition." The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

In support of Defendants' Motion, Defendants respectfully state as follows:

1. Defendants' current deadline for filing a response to Plaintiff's Amended Complaint and to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" is December 10, 2007. See Minute Order dated December 4, 2007.

2. In the motion for enlargement which the undersigned counsel filed on December 3, 2007, he noted that he had worked on a dispositive motion for this case over the previous weekend, and that by that afternoon, he had completed a 34 page Motion to Dismiss, or in the Alternative for Summary Judgment, and Opposition to Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition." See Docket Entry No. 19. He further explained that, during internal review within his office on the evening of December 3, 2007, it had become clear that additional factual investigation and consultation with agency counsel would be required before the undersigned counsel could file the brief he had drafted. Id.

3. Since December 3, 2007, the undersigned counsel has largely completed the factual investigation which he had indicated was necessary in his previous motion for enlargement. Based

in part on the results of that investigation, and in light of the issues raised in Plaintiff's most recent filings, the agency has decided to review its final decision dated December 11, 2006. It expects to complete this internal review within two weeks time. This requested enlargement is sought to enable the agency to complete its internal review, and permit the undersigned counsel to make any changes to the brief he has prepared (and to the associated declarations and the other exhibits he intends to file with that brief) that may be necessary after the agency completes this internal review.

    4. Furthermore, the undersigned counsel will be participating in a three day trial which is currently scheduled to begin on December 10, 2007 and end on December 12, 2007 in <u>Dugar, *et. al.*</u> v. <u>Washington Metropolitan Area Transit Authority, *et. al.*</u>, Civil Action No. 05-1500 (D.D.C.).

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants both some additional time to investigate the matters at issue in this action will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to both Plaintiff's Amended Complaint and Plaintiff's "Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition" be extended to December 26, 2007.


Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 7th day of December, the foregoing *Motion for Enlargement of Time of Both the Deadline for Defendants' Response to the Amended Complaint, and the Deadline for Defendants' Opposition to Plaintiff's "Motion Asking for Leave to File A[] Memorandum of Law In Support of Plaintiff's Amended Petition,"* was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Andre Cooper
>R56382-066
>Coleman II
>U.S. Penitentiary
>Inmate Mail/Parcels
>P.O. Box 1034
>Coleman, FL 33521

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDRE COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0744 (RMC) |
| ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ) | |
| ATTORNEY FREEDOM OF INFORMATION/ ) | |
| PRIVACY ACT STAFF, ) | |
| ) | |
| MICHAEL B. MUKASEY, ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendants. ) | |

### ORDER

UPON CONSIDERATION of Defendants' *Motion for Enlargement of Time of Both the Deadline for Defendants' Response to the Amended Complaint, and the Deadline for Defendants' Opposition to Plaintiff's "Motion Asking for Leave to File A[] Memorandum of Law In Support of Plaintiff's Amended Petition,"* and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendants shall have until December 26, 2007, to respond to *both* Plaintiff's Amended Complaint and Plaintiff's *"Motion Asking for Leave to File a[] Memorandum of Law in Support of Plaintiff's Amended Petition."*

                                                  ROSEMARY M. COLLYER
                                                  United States District Court Judge

Copies of this order to:

Andre Cooper
R56382-066
Coleman II
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1034
Coleman, FL 33521

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530