*Let this be filed* RMColly 1/14/08

Andre Cooper #56382-066
U.S.P. Coleman 2
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521

Re: Civil Action No. 07-0744 (RMC)

Dear Judge Rosemary M. Collyer,

I'm asking this Honorable Court to voluntary dismiss my civil action case no. 07-0744 (RMC).

For the simply fact that on December 12, 2007, The OFFICE of Information and Privacy vacated it's prior decision from December 11, 2006 from withholding the surveillance material that I was looking for.

If it wasn't for the OFFICE of Information and Privacy refusal on December 11, 2006

I would have not brought forth this current Civil Action.

As you can see, when I took judicial review from there refusal to give me the information, the "O.I.P." reversed there decision.

I would also ask that I be exempt from paying any fines or the fileing fee for the simply fact that, if the OFFICE OF Information and Privacy would just have gave me the information I sought. I would have never brought the Civil Action.

I would also like to apologize for the letter instead of typeing a proper

the December 12, 2007 decision of the Office of Information and Privacy. To show you that I'm not just making an excuse up to voluntary dismiss my Civil Action.

Thank you for your time and Patience with me thru this whole ordeal.

Sincerely,

Andre Cooper

Andre Cooper
1/7/07

CC: Jonathan C. Brumer



U.S. Department of Justice

Office of Information and Privacy

---

Telephone: (202) 514-3642    Washington, D.C. 20530

**DEC 1 2 2007**

Mr. Andre Cooper  
Register No. 56382-066  
United States Penitentiary  
Post Office Box 1034  
Coleman, FL 33521

Re: Appeal No. 06-3197  
Request No. 06-1717  
JGM:SRO

Dear Mr. Cooper:

    You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to certain records pertaining to yourself that relate to wiretaps and other electronic surveillance.

    By letter dated December 11, 2006, this Office determined that the sixty-pages of records located by EOUSA in response to your request were not responsive to your request.

    Upon further review of your appeal file and in particular the wording of your request, and in an effort to construe your request as broadly as possible, I am vacating this Office's decision of December 11, 2006. I have determined that the records located by EOUSA are responsive to your request. Consequently, I am remanding your request for further processing of those records. EOUSA will respond to you directly.

Sincerely,

*[signature]*

Janice Galli McLeod  
Associate Director