UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDRE COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0744 (RMC) |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court construes Plaintiff Andre Cooper's letter of January 7, 2008, as a motion for reconsideration of its April 24, 2007 Order requiring installment payments of the $350 filing fee, as well as a motion for voluntary dismissal of this action under Fed. R. Civ. P. 41(a)(2). By law, Plaintiff is required to pay the $350 filing fee in full. *See* 28 U.S.C. §§ 1914(a), 1915(b). He has not shown sufficient circumstances for the Court to vacate its Order. The motion for reconsideration was filed more than eight months after the Court's Order and after the Defendants had prepared and filed a motion to dismiss. While an earlier request to avoid the filing fee and drop his suit might have been considered, there is no basis to do so on this record. The motion for reconsideration of that part of the Court's Order will be denied. The motion for voluntary dismissal will be granted. The parties' remaining motions will be denied as moot, and this civil action will be dismissed without prejudice.

Accordingly, it is hereby

**ORDERED** that Mr. Cooper's motion for reconsideration [Dkt. #23] is **DENIED**. It is further

**ORDERED** that Mr. Cooper's motion for voluntary dismissal [Dkt. #24] is **GRANTED**. Mr. Cooper's motion for leave to file a supplemental memorandum [Dkt. #17] and the motion for summary judgment filed by the United States [Dkt. #21] are **DENIED** as moot.

This civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Date: 1/16/08

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge