**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Andre Cooper | ) |
| | ) |
| | ) |
|            Plaintiff, | ) |
| v. | ) |
| | ) |
| Executive Office For United States | )   Civil Action No. 07-0744(RMC) |
| | ) |
| and | ) |
| | ) |
| Alberto Gonzalez, | ) |
| Attorney General of the United States | ) |
| | ) |
|            Defendants | ) |
| | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Raymond A. Martinez  and remove the appearance of Special  Assistant United States

Attorney Jonathan Brumer as counsel of record for Defendant in the above-captioned case.

Dated: January 28, 2008              Respectfully submitted,


                                  /s/ Raymond A. Martinez
                            Raymond A. Martinez
                            Special Assistant United States Attorney
                            555 Fourth St., N.W.
                            Washington, D.C.  20530
                            Phone: (202) 514-9150
                            Fax: (202) 514-8780
                            Raymond.Martinez2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January I caused the foregoing Notice of

Substitution of Counsel to be served on Plaintiff pro se  **Andre Cooper**, via first class, postage

pre-paid mail, addressed as follows:


Andre Cooper
R56382-066
Coleman II
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1034
Coleman, FL 33521
.


                                        /s/   Raymond A. Martinez
                                             Raymond A. Martinez